The STATE of Wyoming ex rel. MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY, a Colorado Corporation, a/k/a Mountain Bell, Appellant (Petitioner below),

and

Mountain Bell, (Plaintiff below),

v.

The PUBLIC SERVICE COMMISSION OF WYOMING et al., Appellees (Respondents below).

No. 4091.

Supreme Court of Wyoming.

Sept. 29, 1972.

WHEATLAND IRRIGATION DISTRICT, a corporation, Appellant,

v.

Dean T. PROSSER, Jr., et al., Appellees.

No. 4083.

Supreme Court of Wyoming.

Sept. 26, 1972.

Byron Hirst, of Hirst, Applegate & Dray, Cheyenne, for appellant.

C. A. Brimmer, Atty. Gen., and Don M. Empfield, Special Asst. Atty. Gen., Cheyenne, for appellees.

Before McINTYRE, C. J., and PARKER, McEWAN and GUTHRIE, JJ.

PER CURIAM.

This court being evenly divided, the judgment of the district court stands affirmed.

All members of the court agree that the legislature should forthwith consider the amendment of § 37–56, W.S.1957, with the view to making the same more definitive and alleviating any possibility of misunderstanding concerning its intepretation.